## MORROW v. MORROW

No. 40P90

Case below: 94 N.C.App. 187

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 March 1990.

## SMITH v. NATIONWIDE MUTUAL FIRE INS. CO.

No. 550P89

Case below: 96 N.C.App. 215

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## STATE v. CARTER

No. 33P90

Case below: 96 N.C.App. 611

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## STATE v. DAVIS

No. 14P90

Case below: 96 N.C.App. 513

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 March 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## STATE v. FOLAND

No. 62PA90

Case below: 97 N.C.App. 309

Petition by the Attorney General for writ of supersedeas and temporary stay allowed 1 March 1990. Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 1 March 1990.